## UNITED STATES DISTRICT COURT
_Eastern_ District of _California_

UNITED STATES OF AMERICA

JUDGMENT

V.

Case Number: 6:07-mj-00073-WMW

DAVID COLWELL

Stephen Betz, A.F.D.
Defendant's Attorney

THE DEFENDANT:

[X]  Pleaded guilty to counts ONE

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.35 (B)(2)(C) | Under the Influence of Alcohol | One | 05/07/2007 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:
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

May 8, 2007
Date of Imposition of Sentence

Defendant's mailing address:

Yakima, WA 98901

_[signature]_
Signature of Judicial Officer

Defendant's residence address:

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

Yakima, WA 98901

Date: May 9, 2007

*Judgment--Page  2  of  2*

*Defendant:* DAVID COLWELL
*Case Number:* 6:07-mj-0073-WMW

## PROBATION

The defendant is hereby placed on unsupervised probation for a term of:

      12 Months.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:

1. Pursuant to 18 USC 3563 (b)(10), the defendant is remanded to the custody of the Bureau of Prisons to be imprisoned for a term of 14 days, with a credit of 3 days, for a total of 11 days. The defendant shall remain in the custody of the U.S. National Park Service until May 9, 2007, when he will be transported to Fresno County Jail to serve the remainder of his custody.

2. The defendant shall pay a penalty assessment of $10.00. Payments shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.

3. The defendant shall remain outside the boundaries of Yosemite National Park for the duration of his probation.